**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Erin Marie Engle                  CHAPTER 7

<u>Debtor(s)</u>

BKY. NO. 22-12939 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

                                            Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
04 Nov 2022, 15:10:15, EDT

                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 627-1322