Certificate Number: 05781-PAE-DE-037045341

Bankruptcy Case Number: 22-12939



05781-PAE-DE-037045341

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 15, 2022, at 11:03 o'clock AM PST, Erin Engle completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  December 15, 2022              By:     /s/Allison M Geving

                                      Name:   Allison M Geving

                                      Title:  President