United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Erin Marie Engle  
    Debtor

Case No. 22-12939-elf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Feb 10, 2023      Form ID: 318      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Erin Marie Engle, 390 N Franklin Street, Pottstown, PA 19464-5369 |
| 14732647 | | Advanced Chiropractic & Spine Center, 665 East Broad Street, Souderton, PA 18964 |
| 14732648 | | Berks Schuylkill Respiratory Spec., LTD, 2608 Keiser Blvd, Reading, PA 19610-3333 |
| 14732654 | | Goodwill Steam Fire Engine Co 1, Ambulance Billing Office, PO Box 726, New Cumberland, PA 17070-0726 |
| 14732656 | | John Engle, 83 Roosevelt Drive, Bechtelsville, PA 19505 |
| 14732657 | + | MedSurg Urgent Care, 1808 Swamp Pike, Suite 200, Gilbertsville, PA 19525-9307 |
| 14732660 | + | Pinnacle ENT Associates, PO Box 822336, Philadelphia, PA 19182-2336 |
| 14732666 | | The Light Program, Mailstop: 33924601, PO Box 660535, Dallas, TX 75266-0535 |
| 14732667 | | Tower Health, PO Box 825602, Philadelphia, PA 19182-5602 |
| 14732668 | | TriValley Primary Care PC, 519 South 5th Street, Suite 130, Perkasie, PA 18944-1042 |
| 14732669 | + | Upper Perk Family Dental, PC, 2771 Geryville Pike, Pennsburg, PA 18073-2300 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: BTPDERSHAW.COM | Feb 11 2023 05:29:00 | TERRY P. DERSHAW, Dershaw Law Offices, P.O. Box 556, Warminster, PA 18974-0632 |
| smg | | Email/Text: megan.harper@phila.gov | Feb 11 2023 00:25:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Feb 11 2023 05:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 11 2023 00:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14732649 | + | Email/Text: rm-bknotices@bridgecrest.com | Feb 11 2023 00:25:00 | Bridgecrest Acceptance Corp, 7300 East Hampton Avenue, Suite 100, Mesa, AZ 85209-3324 |
| 14732650 | | EDI: CITICORP.COM | Feb 11 2023 05:29:00 | Citibank North America, Citibank SD MC 425, 5800 South Corp Place, Sioux Falls, SD 57108 |
| 14732651 | + | EDI: WFNNB.COM | Feb 11 2023 05:29:00 | Comenitycapital/Ulta, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14732652 | + | EDI: DISCOVER.COM | Feb 11 2023 05:24:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14732653 | | Email/Text: bankruptcy@frost-arnett.com | Feb 11 2023 00:25:00 | Frost-Arnett Company, PO Box 198988, Nashville, TN 37219-8988 |
| 14732655 | + | EDI: HFC.COM | Feb 11 2023 05:24:00 | Hsbc Bank, Attn: Bankruptcy, Po Box 2013, Buffalo, NY 14240-2013 |
| 14732658 | + | EDI: NAVIENTFKASMSERV.COM | Feb 11 2023 05:29:00 | Navient Solutions Inc, Attn: Bankruptcy, P.O. Box 9500, Wilkes-Barre, PA 18773-9500 |
| 14732659 | + | Email/PDF: ebnotices@pnmac.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 10, 2023 | Form ID: 318 | Total Noticed: 27 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 11 2023 00:25:41 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14732661 | + | EDI: RMSC.COM | Feb 11 2023 05:24:00 | Syncb/venmo, Attn: Bankruptcy, P.O. Box 965015, Orlando, FL 32896-5015 |
| 14732662 | + | EDI: RMSC.COM | Feb 11 2023 05:24:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14732663 | + | EDI: RMSC.COM | Feb 11 2023 05:24:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14732664 | + | EDI: WTRRNBANK.COM | Feb 11 2023 05:29:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14732665 | + | Email/Text: susan.maria-martinka@uhsinc.com | Feb 11 2023 00:25:00 | The Horsham Clinic, 722 East Butler Pike, Ambler, PA 19002-2310 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 12, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2023 at the address(es) listed below:**

**Name**     **Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

JOSEPH L QUINN
    on behalf of Debtor Erin Marie Engle CourtNotices@rqplaw.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor PENNYMAC LOAN SERVICES  LLC mfarrington@kmllawgroup.com

TERRY P. DERSHAW
    td@ix.netcom.com  PA66@ecfcbis.com;7trustee@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Erin Marie Engle<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–8518<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 22–12939–elf | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Erin Marie Engle

2/9/23

**By the court:** <u>Eric L. Frank</u>
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318    **Order of Discharge**    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**